UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

DIANE CHEATHAM,                          )
                                         )
            Plaintiff,                   )
                                         )
v.                                       )        No.:  3:10-CV-541
                                         )               (VARLAN/GUYTON)
KNOX COUNTY, *et al.*,                    )
                                         )
            Defendants.                  )


## ORDER

This civil matter is before the Court on the Report and Recommendation (the

"R&R") entered by United States Magistrate Judge H. Bruce Guyton [Doc. 52].  In the

R&R, Magistrate Judge Guyton recommends denying Knox County's Motion for

Attorney's Fees [Doc. 43] because Knox County is not a prevailing party for purposes of

42 U.S.C. § 1988 and thus has failed to demonstrate a statutory prerequisite to the

recovery of an award of attorney's fees.  There have been no timely objections to the

R&R, and enough time has passed since the filing of the R&R to treat any objections as

having been waived.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of the matter, the Court is in agreement with Magistrate

Judge Guyton's recommendations, which the Court adopts and incorporates into its

ruling.  Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 52] and

**DENIES** Knox County's Motion for Attorney's Fees [Doc. 43].

IT IS SO ORDERED.


s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE